UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Board of Trustees of the I.A.T.S.E. Annuity Fund et al.,

                Plaintiffs,

-against-

National Convention Services, LLC,

                Defendant.

1:24-cv-00019 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This case has been referred to me for general pretrial management. (Referral Order, ECF No. 6.) The parties (or, if the defendant has not appeared, only the plaintiff) shall appear for a telephone conference on Thursday, February 22, 2024 at 2:00 p.m. to discuss the status of this case. The telephone conference shall be conducted using Microsoft Teams (audio only). At the scheduled time, the parties shall dial (646) 453-4442 and enter Phone Conference ID: 521 227 912.

**SO ORDERED.**

Dated:    New York, New York
             February 16, 2024

_____
STEWART D. AARON
United States Magistrate Judge