USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Board of Trustees of the I.A.T.S.E. Annuity Fund et al.,

                Plaintiffs,

-against-

National Convention Services, LLC,

                Defendant.

1:24-cv-00019 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's February 22, 2024 Order, Defendant was to appear through counsel and file its response to the Complaint no later than March 22, 2024. If Defendant does not appear by April 2, 2024, Plaintiffs shall seek a certificate of default from the Clerk of Court no later than April 9, 2024.

SO ORDERED.

Dated:    New York, New York
           March 26, 2024

_____
STEWART D. AARON
United States Magistrate Judge