UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BOARD OF TRUSTEE OF THE I.A.T.S.E.
ANNUITY FUND, et al.,,

                Plaintiffs,                24 **CIVIL** 0019(GHW)(SDA)

      -against-                      **JUDGMENT**

NATIONAL CONVENTION SERVICES, LLC,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 5, 2024, tThe Court has reviewed the R&R for clear error and finds none. See Braunstein v. Barber, No. 06 Civ. 5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record."). The Court accepts and adopts the R&R in its entirety. For the reasons articulated in the R&R, Plaintiffs' motion for default judgment is granted. Judgment entered for Plaintiffs in the amount of $127,556.01 plus post-judgment interest calculated pursuant to 28 U.S.C. § 1961(a) until Defendant complies with the judgment. Accordingly, the case is closed.

**Dated:**  New York, New York

      August 6, 2024

                                                          **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                          **BY:**
                                                _____
                                                      **Deputy Clerk**